# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

Christopher A Settle

3514491

(Enter above the full name of the plaintiff or plaintiffs in this action).

(Inmate Reg. # of each Plaintiff)

**VERSUS**

CIVIL ACTION NO. 5:18-CV-00750
(Number to be assigned by Court)

Southern Regional Jail -
Prime Care Medical, Inc.

(Enter above the full name of the defendant or defendants in this action)

FILED
APR 30 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## COMPLAINT

I. **Previous Lawsuits**

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes _____ No ✓

1

II. **Place of Present Confinement:** Southern Regional Jail

   A. Is there a prisoner grievance procedure in this institution?

   Yes ✓   No ___

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes ✓   No ___

   C. If you answer is YES:

   1. What steps did you take? I have talked to Warden Franzis

   2. What was the result? I was told if I wanted anything done to get this form and seek them

   D. If your answer is NO, explain why not: ___

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A. Name of Plaintiff: Christopher A Settle
      Address: Southern Regional Jail - 1200 Airport Road Beaver, WV 25813

   B. Additional Plaintiff(s) and Address(es): ___

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: <u>Southern Regional Jail</u>

is employed as: <u>Prime Care Medical, Inc</u>

at <u>The Medical Unit in Southern Regional Jail</u>

D. Additional defendants: _____

## IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Facts— Doctor an Nurses had been advised 4 days in a row that I was not doing to good with my epilepsy and they denied me care and I had a seizure On or around 1-25-18 at this point I was sent out to A nearby Hospital from there I was transferd to Saint Marys in Hunington WV. At this time I was told what had happend.

4

### IV. Statement of Claim (continued):

At this point I feal that I can not say what needs to be said because I am still Incarcerated at the Southern Regional Jail. The Doctor is Reshid
Head of Medical - Britnie Foster

### V. Relief

State briefly exactly what you want the court to do for you. Cite no cases or statutes. Make no legal arguments.

I want to prove the Defendit. found guilty for there actions.

5

V. **Relief (continued)):**

_____
_____
_____
_____
_____
_____

VII. **Counsel**

    A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

    B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____     No ✓

If so, state the name(s) and address(es) of each lawyer contacted:

_____
_____

If not, state your reasons: _Because I do not feel safe, and I am very limited to what I'm about to do._

    C. Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____     No ✓

6

If so, state the lawyer's name and address:

_____

_____

Signed this __24__ day of __April__, 20_18_.

_____
*Chris Settle*
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.
Executed on __April 24 2018__.
(Date)

_____
*Christopher Settle*
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7